The People of the State of Illinois, defendant in error, v. Helen Wilson, plaintiff in error. Gen. No. 28,634.

Charge of being inmate of house of prostitution. Sentence of 90 days in house of correction. Error to the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 22, 1924.

Henry M. Seligman, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Marion Chavin, appellee, v. Gertrude Wittenberg, appellant. Gen. No. 28,691.

Action on distress warrant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 22, 1924.

John J. Whiteside, for appellant; William Y. Baird, of counsel. De Stefano & Mirabella, for appellee; Rocco De Stefano, of counsel.

Mr. Justice Fitch delivered the opinion of the court.